# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, NOVEMBER TERM, 1892.

Hannah E. Boardman, Plaintiff, v. Metropolitan Elevated Railway Company, Defendant. — Motion denied, with ten dollars costs.

In the Matter of the Petition of Anita Ferrer de Ainz. — Motion granted, with ten dollars costs.

The People of the State of New York, Respondent, v. George Z. Bartholf, Appellant. — Judgment affirmed. Opinion by O'Brien, J.

The People of the State of New York, Respondent, v. Charles C. Hearne, Appellant. — Judgment affirmed. Opinion by O'Brien, J.

The People of the State of New York, Respondent, v. Frank Zounek, Appellant. — Judgment affirmed. Opinions by O'Brien, J., and Van Brunt, P. J.

In the Matter of the Application of the Metropolitan Elevated Railway Company (In re Jones et al). — Order affirmed, with costs. Opinion by O'Brien, J.

The People of the State of New York, Respondent, v. Frank W. Clark, Appellant. — Judgment affirmed. Opinion by O'Brien, J.

David S. Brown and others, Appellants, v. John H. Doscher, Respondent. — Judgment affirmed, with costs and disbursements. Opinion by Lawrence, J.

The People of the State of New York ex rel. James Bohen v. Henry D. Purroy and others, Fire Commissioners, etc. — Writ dismissed and judgment of the commissioners affirmed, with costs and disbursements. Opinion by Lawrence, J.

Melvin Stephens, Respondent, v Robert L. Humphreys, Appellant, Impleaded, etc. — Order affirmed, with costs and disbursements. Opinion by Lawrence, J.

Augustus Cruikshank, as Trustee, etc., Plaintiff, v. Lorenzo Goodwin and others, Defendants. — Order affirmed, with costs and disbursements. Opinion by Lawrence, J.

Richard D. Alliger, Respondent, v. The Mail Printing Association, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The China Mutual Insurance Company and another, Respondents, v. William M. Force and others, Appellants. — Judgment affirmed upon opinion of the court below, with costs and disbursements. Opinion Per Curiam.

James C. Matthews, Respondent, v Marvelle W. Cooper and others, Respondents, Albert P. Sturtevant, Appellant. — Order affirmed, with ten dollars costs and disbursements to each of the respondents appearing. Opinion by Van Brunt, P. J.

James C. Matthews, Plaintiff, v. Marvelle W. Cooper and others, Defendants. — Order modified as directed in opinion, and, as modified, affirmed, without costs. Opinions by Van Brunt, P. J., and Lawrence, J.

Thomas Crooks, Appellant, v. The Second Avenue Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry C. Sherburne, Appellant, v. Edward A. Taft and others, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J

Paul Williams, Appellant, v. William Hays, Respondent. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of the Taylor Iron and Steel Company, Appellant, v. Cecil C. Higgins, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

James H. Havens, Plaintiff, v. The West Side Electric Light and Power Company and others, Defendants. — Judgment modified as directed in opinion, and, as modified, affirmed, with costs. Opinion by Van Brunt, P. J.

Ephraim C. Gates and others, Appellants, v. James C. De La Mare, Respondent. — Judgment affirmed, with costs and disbursements, with leave on payment of costs to withdraw demurrer. Opinion by Lawrence, J.

Herbert Cecil Pelly, Respondent, v. William M. Onderdonk, Appellant, Impleaded, etc.—Judgment and order affirmed, with costs and disbursements. Opinion by Lawrence, J.

Henry L. Herbert and others, Appellants, v. Edward Uhl. Respondent.—Judgment reversed and new trial ordered, with costs and disbursements to appellants. Opinions by Lawrence, J., and Van Brunt, P. J.

Herbert Cecil Pelly, Respondent, v. Andrew J. Robinson, Appellant, Impleaded. etc. — Judgment affirmed, with costs and disbursements. Opinion by Lawrence, J.

Herbert Cecil Pelly, Respondent, v. Frances S. Naylor and others, Executors, etc., Appellants. — Judgment and order affirmed, with costs and disbursements. Opinion by Lawrence, J.

Sarah M. Mygatt and others, Appellants, v. George S. Coe, Respondent — Judgment affirmed with costs and disbursements. Opinions by Lawrence, J., and Van Brunt, P. J.

Lucius Willard Sawyer, Respondent, v. James Gordon Bennett, Appellant. — Orders affirmed, with costs and disbursements. Opinion Per Curiam.

The National Park Bank, Respondent, v. Leopold Haas and others, Appellants. — Order and judgment of Special Term overruling the demurrer affirmed, with costs and disbursements. Opinion by Lawrence, J.

Marie Schuler, Respondent, v. George H Roberts, Jr., and others, Appellants. — Judgment and order affirmed, with costs and disbursements. Opinion by Lawrence, J.

The New Central Coal Company, Respondent, v. Joseph Cummings, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Leopold Wise and others, Respondents, v Hugh J. Grant, as Sheriff, Appellant. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Lawrence, J.

Adelbert H. Steele, etc., and others, Appellants, v. Thomas H. Wells and others, Respondents — Judgment modified as directed in opinion, and, as modified, affirmed, without costs on this appeal. Opinion Per Curiam.

In the Matter of Robert W. Taylor and others, Executors, ete. — The part of decree appealed from affirmed, with costs. Opinion by Van Brunt, P. J.

Sarah Gunning, Respondent, v. Catherine Gunning and others, Appellants. — Judgment reversed and new trial ordered, with costs to appellants to abide event. Opinion by Van Brunt, P. J.

Alvy W. Momeyer, Respondent, v. New Jersey Sheep and Wool Company, Appellant. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Abraham Loewenstein, Appellant, v. Theodore